closed

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CLEVELAND, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TELEGRAPH ROAD HOLDINGS, LLC, a California limited liability company; and DOES 1-10,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-07043-JFW-ASx<br><br>*Hon. John F. Walter*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:　September 1, 2021<br>Trial Date:　　Not on Calendar |

1

ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Eric Cleveland's action against Defendant Telegraph Road Holdings, LLC, is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated:  March 16, 2022

Hon. John F. Walter
United States District Judge

2
ORDER FOR DISMISSAL WITH PREJUDICE